IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER LEE, *et al.*,

    Plaintiffs,

    v.          Civil Action No. RDB-17-2765

JLN CONSTRUCTION SERVICES, LLC,
  *et al.*,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is this 14th day of May, 2018 hereby ORDERED that:

1. Plaintiffs' Motion for Conditional Certification to Facilitate Identification and Notification of Similarly Situated Employees under the Fair Labor Standards Act (ECF No. 9) is GRANTED;

2. A collective action is CONDITIONALLY CERTIFIED, with a class consisting of: "Laborers and foremen who worked for JLN Construction Services, LLC from September 2014 to May 14, 2018."

3. The parties SHALL CONFER and SUBMIT a Joint Proposed Notice of Collective Action consistent with the accompanying Memorandum Opinion **within ten (10) days of the date of this Order**;

4. The Defendant shall produce to Plaintiff's counsel a file containing the full name and last known home and email addresses of all collective action members, **within fifteen**

    **(15) days of the date of this Order**; and

5. The Clerk of this Court shall transmit copies of this Order and accompanying Memorandum Opinion to the parties.

                                                                       /s/  
                                                                   Richard D. Bennett  
                                                                   United States District Judge